Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JAMES W. SWAIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>　　　　Defendants. | Docket No.: 06-CV-3603-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　Come now the Plaintiff, JAMES W. SWAIN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 22, 2009   By: /s/ [signature]

        THE MILLER FIRM, LLP
        Two Bala Plaza, Ste. 603
        Bala Cynwyd, PA 19004
        Telephone: (212) 335-4500
        Facsimile: (212) 335-4501
        *Attorneys for Plaintiff*


DATED: 8/26, 2009   By: /s/ Loren Brown

        DLA PIPER LLP (US)
        1251 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 335-4500
        Facsimile: (212) 335-4501
        *Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 1, 2009



Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer